JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SELA ANNE KALAMA,<br><br>Defendant. | NO. CR07-5259FDB<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS' DEADLINE |

Upon motion of the defendant to continue the pretrial motions' due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to August 14, 2007.

DONE this ___23rd___ day of July, 2007.

_____
The Honorable Franklin D. Burgess
United States District Court Judge

Presented by:

/s/ _____        /s/ _____
Miriam F. Schwartz                 Gregory A. Gruber
Attorney for Defendant             Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE PRETRIAL MOTIONS' DEADLINE    1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710