JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR07-5259FDB |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS' DEADLINE |
| SELA ANNE KALAMA, ) | |
| Defendant. ) | |

Upon motion of the defendant to continue the pretrial motions' due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to August 28, 2007.

DONE this 9th day of August, 2007.

_____
The Honorable Franklin D. Burgess
United States District Court Judge

_____
Presented by:

/s/                                                             /s/
Miriam F. Schwartz                              Gregory A. Gruber
Attorney for Defendant                      Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE PRETRIAL MOTIONS' DEADLINE      1