Judge Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR07-5259BHS |
| Plaintiff, | |
| v. | ORDER |
| SELA ANNE KALAMA, | |
| Defendant. | |

After consideration of the Stipulated Motion For Extension Of Time For Filing Of Responses To Defendant's Motions for Discovery or In Camera Review, for Jury View, and to Suppress Custodial Statements, the government's request for additional time in order to file its responses is hereby GRANTED.

The government's responses to the Defendant's motions are now due on September 14, 2007.

DATED this 5th day of September, 2007.

BENJAMIN H. SETTLE
United States District Judge

Proposed by:

s/Gregory A. Gruber
GREGORY A. GRUBER

Order to Stipulated Motions
United States v. Sela Anne Kalama/CR07-5259BHS

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800