Judge Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>        Plaintiff,    )<br>           )<br>        v.        )<br>           )<br>SELA ANNE KALAMA,        )<br>           )<br>        Defendant.    )<br>_____) | NO.  CR07-5259BHS<br><br>ORDER |

After consideration of the Stipulated Second Motion For Extension Of Time For Filing of Responses to Defendant's Motions, the government's request for one additional day in order to file its two remaining responses is hereby GRANTED.

The government's responses to the Defendant's Motions to Compel Discovery and for Jury Scene View, are now due on September 17, 2007.

DATED this 17th day of September, 2007.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Proposed by:

s/Gregory A. Gruber
GREGORY A. GRUBER
Assistant United States Attorney