JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SELA KALAMA, )<br>)<br>Defendant. )<br>_____ ) | NO. CR07- 5259BHS<br><br>ORDER SEALING DEFENDANT'S<br>EXHIBIT LIST ATTACHMENTS |

The Court having considered the Motion for Order Sealing Defendant's Exhibit List Attachments,

The court grants the motion based upon the findings that the defense exhibits contain sensitive material excerpted from other (closed) case files in the Federal Public Defender's Office, some of which involves juvenile witnesses and victims. This material is not appropriate for exposure to the public and, if made public, could result in irreparable harm to the individuals who are identified in these documents.

The public's right of access is therefore outweighed by the interests of both the public and the parties in protecting said files, records, and/or documents from public view, thereby constituting compelling reason to order that defendant's exhibit list attachments be sealed.

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's Exhibit List Attachments be sealed.

DONE this 9th day of October, 2007.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/
_____
Russell V. Leonard
Attorney for Defendant