UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR07-5259BHS |
| ) | |
| Plaintiff, ) | |
| ) | ORDER MODIFYING |
| vs. ) | CONDITIONS OF RELEASE |
| ) | |
| SELA ANNE KALAMA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER having come on before the Court on defendant's Motion to Modify Conditions of Release by granting defendant permission to travel with family to Yakima, Washington, on February 20, 2008, to return to her residence on the Quinault Reservation on February 23, 2008, at or before 10:00 PM, and the Court having reviewed the instant motion and affidavit of counsel in support thereof and the record in this matter,

//
//
//
//
//

ORDER MODIFYING
CONDITIONS OF RELEASE
USA v. Kalama, CR07-5259(BHS)          1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

IT IS HEREBY ORDERED that defendant's request to travel to Yakima, WA, on February 20, 2008, and return to the Quinault Reservation on February 23, 2008, at or before 10:00 PM, is granted. All other conditions of release previously set by U.S. Pretrial Services shall remain in effect.

DATED this 8th day of February, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ *Miriam F. Schwartz*
MIRIAM F. SCHWARTZ
Attorney for Defendant

Unopposed:

/s/ *Gregory A. Gruber*
GREGORY A. GRUBER
Assistant United States Attorney

ORDER MODIFYING
CONDITIONS OF RELEASE
USA v. Kalama, CR07-5259(BHS)         2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**