JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-5259BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM |
| SELA ANNE KALAMA, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Defendant's Sentencing Memorandum and attachments thereto,

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and attachments thereto, are to be sealed.

DONE this 7th day of March, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ *Russell V. Leonard*                /s/ *Miriam F. Schwartz*
Russell V. Leonard                      Miriam F. Schwartz
Attorney for Defendant                  Attorney for Defendant

ORDER SEALING – page 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6710**